### 47915. HUCKABY v. THE STATE.

HALL, Presiding Judge. This appeal is dismissed for the reasons stated in *Huckaby v. State,* 128 Ga. App. 79 (195 SE2d 688).
*Appeal dismissed. Evans and Clark, JJ., concur.*
ARGUED FEBRUARY 8, 1973 — DECIDED MARCH 8, 1973.

*Hester & Hester, Frank B. Hester, Richard M. Hester,* for appellant.
*Hinson McAuliffe, Solicitor, James L. Webb, Ernest J. Hughie, Frank A. Bowers,* for appellee.

### 47226. KIRKLAND v. SEABOARD COAST LINE RAILROAD COMPANY.

QUILLIAN, Judge. On writ of certiorari, *Kirkland v. Seaboard C. L. R. Co.,* 230 Ga. 108, the Supreme Court has reversed our judgment affirming the judgment of the trial court. In compliance with the mandate of the Supreme Court, the trial court's judgment is now reversed.
*Judgment reversed. Hall, P. J., and Pannell, J., concur.*
DECIDED MARCH 9, 1973.

*T. J. Lewis, Leonard O. Fletcher, Jr.,* for appellant.
*Cumming, Nixon, Yow, Waller & Capers, Richard E. Allen,* for appellee.